IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00006-PSF-PAC

SUMMIT PEAK, LLC,

    Plaintiff,

v.

THE UNITED STATES OF AMERICA, INTERNAL REVENUE SERVICE;
IDP CAPITAL, LLC; and
PUBLIC TRUSTEE, EL PASO COUNTY, COLORADO,

    Defendants.

## ORDER RE: STIPULATION FOR DISMISSAL

The Court, having considered the Stipulation for Dismissal (Dkt. # 10) filed by the parties and finding good cause therefor, hereby

ORDERS that the Complaint is hereby dismissed against all parties, each party to pay its respective costs and attorney fees.  It is

FURTHER ORDERED that the hearing on the motion for preliminary injunction, set for January 19, 2006, is VACATED.

    DATED: January 18, 2006

                                            BY THE COURT:

                                            *s/ Phillip S. Figa*
                                            _____
                                            Phillip S. Figa
                                            United States District Judge